| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Coto Investments, Inc.** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA O'Cairns Inn & Suites - Best Western** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-2903570** |
| 4. | Debtor's address | **Principal place of business**<br><br>**940 East Ocean Ave**<br>**Lompoc, CA 93436**<br>Number, Street, City, State & ZIP Code<br><br>**Santa Barbara**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **http://www.ocairnsinnandsuites.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Coto Investments, Inc.**                                  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7211**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.
■ Yes.

District **Central District**    When **3/25/13**    Case number **8:13-bk-12634-TA**
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Debtor **Coto Investments, Inc.**  Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
    　　　　Contact name _____
    　　　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    Coto Investments, Inc.                                      Case number (if known) _____
           Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  10/12/2020
                 MM / DD / YYYY

    X /s/ Tory O'Cairns                                Tory O'Cairns
    Signature of authorized representative of debtor    Printed name

    Title  Chief Executive Officer

18. **Signature of attorney**

    X /s/ Robert P. Goe                                Date  10-13-2020
    Signature of attorney for debtor                         MM / DD / YYYY

    Robert P. Goe 137019
    Printed name

    GOE FORSYTHE & HODGES LLP
    Firm name

    18101 Von Karman Avenue
    Suite 1200
    Irvine, CA 92612-7127
    Number, Street, City, State & ZIP Code

    Contact phone  (949) 798-2460      Email address  rgoe@goeforlaw.com

    137019 CA
    Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Coto Investments, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Adriana Juarez Flores Department of Industrial Relations Div., of Labor Standards Enforcemen 411 E. Cannon Perdido, Room 3 Santa Barbara, CA 93101** | LaborComm.WCA.SBA@dir.ca.gov 805) 568-1222 | Labor Commission Judgment | | | | $0.00 |
| **California Franchise Tax Board Bankruptcy Section, MS:A-340 P.O. Box 2952 Sacramento, CA 95812-2952** | Anthony Franklin (916) 845-4750 | Unpaid payroll/employment taxes | | | | $36,000.00 |
| **Celtic Bank, FSB Attn: Reese Howell , Jr., CEO 268 South State Street Suite 300 Salt Lake City, UT 84111** | Reese Howell, Jr. CEO loanservicing@celticbank.com (303) 823-4699 | O'Cairns Inn and Suites, located at 940 East Ocean Avenue, Lompoc CA 93436 on leased land. | Contingent Unliquidated Disputed | $171,519.00 | Unknown | $171,519.00 |
| **Celtic Bank, FSB Attn: Reese Howell , Jr., CEO 268 South State Street Suite 300 Salt Lake City, UT 84111** | Reese Howell, Jr. CEO loanservicing@celticbank.com (303) 823-4699 | O'Cairns Inn and Suites, located at 940 East Ocean Avenue, Lompoc CA 93436 on leased land. | Contingent Unliquidated Disputed | $38,000.00 | Unknown | $38,000.00 |

| Debtor | Coto Investments, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City of Lompoc Treasurers Dept 100 Civic Center Plaza Lompoc, CA 93436 | Dean Albro, Accounting Superviso  (805) 875-8283 | Taxes Tourism Business Improvement District Assessment | | | | $16,324.61 |
| County of Santa Barbara 105 E. Anapamu Street, #109 Santa Barbara, CA 93101 | (805) 568-2920 | Transient Occpancy Tax | | | | $84,456.82 |
| David Thomas c/o Jamie Belin, Esq. 4100 West Alameda Ave 3rd Flr Burbank, CA 91505 | (323) 306-5785  jbelin@lfecr.com (323) 306-5785 | Employee wages, overtime, tc. | Unliquidated Disputed | | | $0.00 |
| Denise Lewis Department of Industrial Relations Div., of Labor Standards Enforcemen 411 E. Cannon Perdido, Room 3 Santa Barbara, CA 93101 | LaborComm.WCA.SBA@dir.ca.gov (323) 306-5785 | Labor Claim | | | | $0.00 |
| ECOLAB PO Box 100512 Pasadena, CA 91189 | (800) 352-5326 | Vendor (Acct #1218) | | | | $4,115.30 |
| Elizabeth Osborne Department of Industrial Relations Div., of Labor Standards Enforcemen 411 E. Cannon Perdido, Room 3 Santa Barbara, CA 93101 | LaborComm.WCA.SBA@dir.ca.gov (323) 306-5785 | Labor Commission Judgment | | | | $0.00 |
| Financial Credit Network, Inc., dba Coastal Recovery Solutions c/o Alicia Sundstrom, Agent fr Srv. 1300 West Main Street Twin Peaks, CA 92391 | Alicia Sundstrom  (800) 540-9011 | Judgment on Complaint | | | | $7,611.08 |

Debtor **Coto Investments, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HD Supply ABC-Amega 500 Senaca St Ste 400 Buffalo, NY 14204 | Bruce W. Hogan bhogan@101freeway.com (805) 963-9585 | Vendor | | | | $5,377.70 |
| Jessica Silva Department of Industrial Relations Div., of Labor Standards Enforcemen 411 E. Cannon Perdido, Room 3 Santa Barbara, CA 93101 | LaborComm.WCA.SBA@dir.ca.gov (323) 306-5785 | Labor Commission Judgment | | | | $0.00 |
| Kelly Sigala Department of Industrial Relations Div., of Labor Standards Enforcemen 411 E. Cannon Perdido, Room 3 Santa Barbara, CA 93101 | LaborComm.WCA.SBA@dir.ca.gov (323) 306-5785 | Labor Commission Judgment | | | | $0.00 |
| Maria Flores Department of Industrial Relations Div., of Labor Standards Enforcemen 411 E. Cannon Perdido, Room 3 Santa Barbara, CA 93101 | LaborComm.WCA.SBA@dir.ca.gov (323) 306-5785 | Labor Commission Judgment | | | | $0.00 |
| Maria Garcia Department of Industrial Relations Div., of Labor Standards Enforcemen 411 E. Cannon Perdido, Room 3 Santa Barbara, CA 93101 | LaborComm.WCA.SBA@dir.ca.gov (323) 306-5785 | Labor Commission Judgment | | | | $0.00 |

Debtor **Coto Investments, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| National Loan Acqauisitions Company  Michael J. Henry, Vice President  9126 SW Ridder Rd  Wilsonville, OR 97070 | Michael Henry, Vice President  MHenry@nlaco.com  (310) 299-5500 | O'Cairns Inn and Suites, located at 940 East Ocean Avenue, Lompoc CA 93436 and All of Debtor's Estate, right title and interest that Debtor now has | Unliquidated | $7,173,764.89 | Unknown | Unknown |
| North Shore Bank, F.S.B.  15700 Bluemound Road  Brookfield, WI 53005 | Ken Johnson, president/CEO  kjohnson@northshore.bank  (218) 722-4784 | SWiM Distribution System; 94 H25 HD Digital Receivers, Remote Controls, All neccessary cabling fron the Dish antenna. | Contingent Unliquidated | $57,652.56 | Unknown | Unknown |
| Riverview Bank  P.O. Box 171  Clearfield, PA 16830 | (888) 765-7551 | SBA PPP Loan (Acct #6163) | Contingent Unliquidated | | | $113,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have  he 20 Largest Unsecured claims    page 4

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Coto Investments, Inc.
940 East Ocean Ave
Lompoc, CA 93436


Robert P. Goe
GOE FORSYTHE & HODGES LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


Adriana Juarez Flores
Department of Industrial Relations
Div., of Labor Standards Enforcemen
411 E. Cannon Perdido, Room 3
Santa Barbara, CA 93101


Advantage Leasing Corporation
13400 Bishop's Lane, STE 280
Brookfield, WI 53005


California Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Celtic Bank
268 South State Street
Suite 300
Salt Lake City, UT 84111


Celtic Bank, FSB
Attn: Reese Howell , Jr., CEO
268 South State Street
Suite 300
Salt Lake City, UT 84111


City of Lompoc
Treasurers Dept
100 Civic Center Plaza
Lompoc, CA 93436

```
County of Santa Barbara
105 E. Anapamu Street, #109
Santa Barbara, CA 93101


David Thomas
c/o Jamie Belin, Esq.
4100 West Alameda Ave 3rd Flr
Burbank, CA 91505


Denise Lewis
Department of Industrial Relations
Div., of Labor Standards Enforcemen
411 E. Cannon Perdido, Room 3
Santa Barbara, CA 93101


ECOLAB
PO Box 100512
Pasadena, CA 91189


Elizabeth Osborne
Department of Industrial Relations
Div., of Labor Standards Enforcemen
411 E. Cannon Perdido, Room 3
Santa Barbara, CA 93101


Emma Rose Summers Trust
c/o Tax & Bookkeeping Services
222 E. Ocean Ave
Lompoc, CA 93436


Financial Agent Services
P.O. Box 2576
Springfield, IL 62708


Financial Credit Network, Inc., dba
Coastal Recovery Solutions
c/o Alicia Sundstrom, Agent fr Srv.
1300 West Main Street
Twin Peaks, CA 92391
```

```
HD Supply
ABC-Amega
500 Senaca St Ste 400
Buffalo, NY 14204


Heather M. Weare
301 S. Miller Street, Suite 116
Santa Maria, CA 93454


Jessica Silva
Department of Industrial Relations
Div., of Labor Standards Enforcemen
411 E. Cannon Perdido, Room 3
Santa Barbara, CA 93101


Kelly Sigala
Department of Industrial Relations
Div., of Labor Standards Enforcemen
411 E. Cannon Perdido, Room 3
Santa Barbara, CA 93101


Lien Solutions
P.O. Box 29071
Glendale, CA 91209


Maria Flores
Department of Industrial Relations
Div., of Labor Standards Enforcemen
411 E. Cannon Perdido, Room 3
Santa Barbara, CA 93101


Maria Garcia
Department of Industrial Relations
Div., of Labor Standards Enforcemen
411 E. Cannon Perdido, Room 3
Santa Barbara, CA 93101


National Loan Acqauisitions Company
Michael J. Henry, Vice President
9126 SW Ridder Rd
Wilsonville, OR 97070
```

National Loan Acquisitions Company
Michael J. Henry, Vice President
9126 SW Ridder Rd
Wilsonville, OR 97070


National Loan Acquisitions Company
Agent for Service of Process
Edward Vaisbort
10880 Wilshire Blvd., 19tth Floor
Los Angeles, CA 90024


North Shore Bank, F.S.B.
15700 Bluemound Road
Brookfield, WI 53005


On Deck Capital Inc. c/o
Kaitlyn Mannix
c/o CSC Lawyers Inc. Svc.
2710 Gateway Oaks Dr., #150N
Sacramento, CA 95833


On Deck Capital, Inc.-Celtic Bank
Attn: Director of Operations
901 N Stuart Street, Ste 700
Arlington, VA 22203


Randy McDugald
1437 Crown Circle
Lompoc, CA 93436


Riverview Bank
P.O. Box 171
Clearfield, PA 16830


Tory O'Cairns
1437 Crown Circle
Lompoc, CA 93436

```
U.S. Small Business Assocation
Attn: So Cal Legal Unit
330 North Brand Blvd, Suite 1200
Glendale, CA 91203-2304


Vincent T. Martinez, Esq.
Twitchell and Rice, LLP
215 North Lincoln Street
Santa Maria, CA 93458
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Robert P. Goe 137019**<br>**18101 Von Karman Avenue**<br>**Suite 1200**<br>**Irvine, CA 92612-7127**<br>**(949) 798-2460 Fax: (949) 955-9437**<br>California State Bar Number: **137019 CA**<br>**rgoe@goeforlaw.com** | FOR COURT USE ONLY |
|---|---|
| ☒ *Attorney for:*  Debtor: Coto Investments, Inc. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>**Coto Investments, Inc.**<br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO   FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Tory O'Cairns, Chief Executive Officer**         , the undersigned in the above-captioned case, hereby declare
*(Print Name of ~~Attorney or~~ Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

___
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☒ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 10/12/2020

By: *(signature)*
Signature of Debtor, ~~or attorney for Debtor~~

Name: **Tory O'Cairns, Chief Executive Officer**
Printed name of Debtor~~, or attorney for Debtor~~

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

# United States Bankruptcy Court
## Central District of California

In re  Coto Investments, Inc.                                          Case No. _____
                                    Debtor(s)                          Chapter  11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Tory O'Cairn**, declare under penalty of perjury that I am the **Chief Executive Officer** of **Coto Investments, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **19th** day of June, 2020.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tory O'Cairn**, **Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tory O'Cairn**, **Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tory O'Cairn**, **Chief Executive Officer** of this Corporation is authorized and directed to employ **Robert P. Goe 137019**, attorney and the law firm of **GOE & FORSYTHE, LLP** to represent the corporation in such bankruptcy case."

Date **October 12, 2020**                              Signed  /s/ Tory O'Cairn
                                                       Tory O'Cairn